WALTER H. MEREDITH, JR., Respondent, *v.* FIRST TRUST COMPANY OF ALBANY, Appellant.

Submitted February 24, 1941; decided March 4, 1941.

*Edward S. Rooney* for motion.

*John J. Conway* and *Russell E. Harrington* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on ground order of Appellate Division is not a final determination.